FILED
2019 AUG 22 PM 3:04
DISTRICT COURT
OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RICARDO SAINVIL,**

    **Plaintiff,**

v.

Case No. 6:19-cv-01178

**E & R CLEANING SERVICE, INC.,**
A Florida Corporation,
**ANTHONY SABIA, individually,**

    **Defendants.**
_____/

### DEFENDANTS' MOTION TO DISMISS COMPLAINT

Defendants, E & R CLEANING SERVICE, INC., A Florida Corporation, and ANTHONY SABIA, individually, hereby file their Motion to Dismiss Complaint, and as grounds therefor state:

1. On June 26, 2019, Plaintiff filed its Complaint against the above named Defendants.

2. On July 11, 2019, Defendants were served with Summons and Complaint in this matter.

3. Defendants have paid all of the wages that were owed to Plaintiff, via check number 13950, in the amount of $1,100.00, which extinguished Plaintiff's claim. Both parties agreed that it was payment in full for all work completed by Plaintiff, RICARDO SAINVIL.

4. Defendants have evidence from the clocking in and out of Plaintiff on the premise alarm system that he worked no overtime hours during his employment with Defendants.

5. Defendants also have time records from the crew that preceded Plaintiff and the crew that followed him, and neither of those individuals worked any overtime hours for that job, only Plaintiff, allegedly.

6. Factually, the job complained of is a 2-hour, per day job. So, mathematically, no overtime hours could have been accrued.

**WHEREFORE**, Defendants, E & R CLEANING SERVICE, INC., A Florida Corporation, and ANTHONY SABIA, individually, respectfully request that this Honorable Court enter an Order dismissing the Complaint filed by the Plaintiff, and for such relief as this Court deems just and proper.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to Joseph C. Wood, Esq., Arcadier, Biggie & Wood, PLLC, Attorneys for Plaintiff, at: office@ABWlegal.com, Wood@ABWlegal.com, this 20 day of August, 2019.

_____ Pres.
Anthony Sabia, President
Pro Se
5654 Aspen Ridge Circle
Delray Beach, FL 33484