UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICARDO SAINVIL,

    Plaintiff,

v.                                                     Case No.:  6:19-cv-1178-Orl-WWBGJK

E&R CLEANING SERVICE, INC. and
ANTHONY M. SABIA,

    Defendants.
_____

## ENTRY OF DEFAULT

    Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **E&R CLEANING SERVICE, INC.** in Orlando, Florida on the 24th day of October, 2019.

                                                         ELIZABETH M. WARREN, CLERK

                                                               s/SB, Deputy Clerk

Copies furnished to:

Counsel of Record